JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: 702-862-8300
Fax: 702-862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIYA SLYZKO,<br><br>                Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL SERVICES, LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>                Defendants. | **Case No. 2:19-cv-00176-JAD-GWF**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 25, 2019 through and including **March 11, 2019**. Equifax agrees to participate in a 26(f) conference if one is scheduled during the pendency of this extension. This stipulation is filed in good faith and not intended to cause delay.

. . .

Respectfully submitted this 25th day of February, 2019.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: 702-862-8300
Fax: 702-862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ *Miles N. Clark, Esq.*
Miles N. Clark
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 2/26/2019