Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIYA SLYZKO, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC, <br><br> Defendants. | Case No.: 2:19-cv-00176-JAD-GWF <br><br> **ORDER GRANTING JOINT MOTION AND ORDER TO EXTEND TIME** <br><br> **[ECF No. 29]** |

Plaintiff Valeriya Slyzko ("Plaintiff"), by and through her counsel of record, and Defendant Equifax Information Services, LLC ("Equifax") have agreed and stipulated to the following:

1. On January 30, 2019, Plaintiffs filed a Complaint [ECF Dkt. 1].

JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS AMENDED COMPLAINT [FIRST REQUEST] - 1

2. On March 11, 2019, Equifax filed an Answer to the Complaint [ECF Dkt.13].

3. On April 1, 2019, Plaintiff filed an Amended Complaint [ECF Dkt. 19].

4. On April 15, 2019, Equifax filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 26].

5. Plaintiff's Response is due April 29, 2019.

6. Plaintiff and Equifax have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiff's counsel to contact the client to address Equifax's pending motion to dismiss and obtain approval to file the response. As a result, both Plaintiff and Equifax hereby request this Court to further extend the date for Plaintiff to respond to Equifax's Motion to Dismiss Amended Complaint until **May 13, 2019**. This stipulation is made in good faith, is not interposed

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS AMENDED COMPLAINT [FIRST REQUEST] - 2

for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated April 26, 2019.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq. | Jeremy J. Thompson, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 12503 |
| Miles N. Clark, Esq. | 3800 Howard Hughes Parkway, Suite 500 |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: jthompson@clarkhill.com |
| Las Vegas, NV 89129 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| Email: miles.clark@knepperclark.com | *Equifax Information Services LLC* |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

# ORDER GRANTING
# JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EQUIFAX'S MOTION TO DISMISS AMENDED COMPLAINT

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: April 29, 2019