Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALERIYA SLYZKO,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL SERVICES, LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:19-cv-00176-JAD-GWF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT (Second Request)**<br><br>Complaint filed: January 30, 2019<br>First Amended Complaint filed: April 1, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Valeriya Slyzko ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's First Amended Complaint (ECF No. 19) pursuant to LR IA 6-1.

Plaintiff filed her First Amended Complaint on April 1, 2019, in response to Experian's Motion to Dismiss Plaintiff's Complaint. (ECF No. 17). Pursuant to Experian and Plaintiff's stipulation, the current deadline for Experian to respond to the First Amended Complaint is May 1, 2019. (ECF No. 24). Plaintiff and Experian stipulate and agree that Experian shall have until May 15, 2019 to file its responsive pleading.

1   This is Experian's second request for an extension of time to respond to the First Amended
2   Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow
3   Experian additional time to investigate Plaintiff's claims. Among other things, Plaintiff's First
4   Amended Complaint (unlike Plaintiff's Complaint) includes class claims, which Experian is
5   continuing to review and evaluate.
6   / / /
7   / / /
8   / / /
9   / / /
10  / / /
11  / / /
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

Experian is also requesting additional time due to pending deadlines in other cases.

**IT IS SO STIPULATED.**

DATED this 30th day of April 2019.		NAYLOR & BRASTER

By: */s/ Andrew J. Sharples*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
jbraster@nblawnv.com
asharples@nblawnv.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

DATED this 30th day of April 2019.		HAINES & KRIEGER

By: */s/ Miles N. Clark*
David H. Krieger (NBN 9086)
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123

KNEPPER & CLARK LLC

Matthew I. Knepper (NBN 12796)
Miles N. Clark (NBN 13848)
Shaina R. Plaksin (NBN 13935)
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff Valeriya Slyzko*

**IT IS SO ORDERED.**

Dated this 1st day of May 2019.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000