UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VALERIA SLYZKO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMAITON SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00176-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 35), filed on May 7, 2019.

Plaintiff proposes a 180 day discovery plan. Defendants Equifax Information Services, LLC ("Equifax") and Experian Information Solutions, Inc. ("Experian") propose that discovery should be consistent with Local Rule 26-1(b), but should commence from the date of the Court's ruling on Defendant Experian's motion to stay proceedings. *See* ECF No. 27. The parties shall file a 180 day discovery plan which will commence from the date the Court denies Defendant's motion to stay. If Defendant's motion to stay is granted, however, discovery will commence from the date the Court denies in whole or in part Defendant's motion to dismiss. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a 180 day discovery plan which will commence from the date the Court denies Defendant's motion to stay. If Defendant's motion to stay is granted, however, discovery will commence from the date the Court denies in whole or in part Defendant's motion to dismiss.

**IT IS FURTHER ORDERED** that the parties shall file a joint proposed discovery plan and scheduling order according to the provisions herein within fourteen (14) days of an order denying Defendant Experian's motion to stay proceedings. If Defendant's motion to stay

1

proceedings is granted, the parties shall file a joint proposed discovery plan within fourteen (14) days of an order denying in whole or in part Defendant's motion to dismiss.

Dated this 13th day of May, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE