Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIYA SLYZKO,<br><br>    Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL SERVICES, LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC,<br><br>    Defendants. | Case No.: 2:19-cv-00176-JAD-GWF<br><br>**JOINT MOTION TO DISMISS EQUIFAX INFORMATION SERVICES LLC WITHOUT PREJUDICE**<br><br>ECF Nos. 26, 39 |

Plaintiff Valeriya Slyzko ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") (collectively the "Parties"), by and through their counsel of record hereby move jointly to dismiss all of Plaintiff's claims against Equifax, in this case without prejudice, on the merits, and without costs or disbursements to any party.

JOINT MOTION TO DISMISS EQUIFAX INFORMATION SERVICES LLC WITHOUT PREJUDICE - 1

1. The Parties settled this matter and the terms of the Settlement Agreement are completed and the Parties have agreed to dismiss Equifax without prejudice.

Dated May 14, 2019.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |
|---|---|

## ORDER GRANTING

## JOINT MOTION TO DISMISS EQUIFAX INFORMATION SERVICES LLC

## WITHOUT PREJUDICE

Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Dismiss Claims against Equifax Information Services LLC **[ECF No. 39] is GRANTED**.  All claims against Equifax Information Services LLC are DISMISSED with prejudice, each party to bear its own fees and costs.  Equifax's motion to dismiss **[ECF No. 26] is DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 14, 2019

JOINT MOTION TO DISMISS EQUIFAX INFORMATION SERVICES LLC WITHOUT PREJUDICE - 2