Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIYA SLYZKO,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL SERVICES, LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:19-cv-00176-JAD-GWF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br>**(First Request)**     **ORDER**<br><br>Complaint filed: January 30, 2019<br>First Amended Complaint filed: April 1, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Valeriya Slyzko ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Experian to file its reply in support of its Motion to Dismiss Plaintiff's First Amended Class Action Complaint (ECF No. 41) pursuant to LR IA 6-1.

On May 15, 2019, Experian filed its Motion to Dismiss Plaintiff's First Amended Class Action Complaint. (ECF No. 41). Plaintiff filed her response on May 29, 2019. (ECF No. 46). Experian's reply is currently due June 5, 2019. The parties agree that Experian shall have a one-week extension or until June 12, 2019 to file its reply.

This is Experian's first request for an extension of time to file its reply in support of its Motion to Dismiss and is not intended to cause any delay or prejudice to any party, but rather to allow Experian additional time to respond to the arguments set forth in Plaintiff's response.

**IT IS SO STIPULATED.**

DATED this 3rd day of June 2019.　　　　NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866
jbraster@nblawnv.com
asharples@nblawnv.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

DATED this 3rd day of June 2019.　　　　HAINES & KRIEGER

By: */s/ Miles N. Clark*
David H. Krieger (NBN 9086)
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123

KNEPPER & CLARK LLC

Matthew I. Knepper (NBN 12796)
Miles N. Clark (NBN 13848)
Shaina R. Plaksin (NBN 13935)
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff Valeriya Slyzko*

**IT IS SO ORDERED.**

Dated: June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE