Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIYA SLYZKO,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL SERVICES, LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:19-cv-00176-JAD-EJY<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION FOR A TOLLING OF DEADLINES**<br><br>Complaint filed: January 30, 2019<br>First Amended Complaint filed: April 1, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Valeriya Slyzko ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation for a tolling of all deadlines pending substitution by Plaintiff's representative or successor. The parties stipulate as follow:

1. On March 17, 2020, Plaintiff's counsel filed a Notice of Suggestion of Death Pursuant to FRCP 25. (ECF No. 64).

2. To date, a successor or representative of Plaintiff has not yet been substituted in her place.

3. On March 23, 2020, the Court entered an order granting in part and denying in part Experian's motion to dismiss, among other rulings. The Court also granted Plaintiff leave to

amend certain claims. (ECF No. 66, hereinafter "the Order").

4. Acknowledging that Plaintiff's successor or representative has not yet been substituted in her place, the Order tolled the deadline for the filing of a second-amended complaint until ten days after a motion to substitute Plaintiff's successor or representative is granted. The Order is silent as to all other deadlines.

5. Out of consideration of judicial economy and the passing of Plaintiff, the parties stipulate that all deadlines except those set forth in FED.R.CIV.P. 25 (Substitution of Parties) shall be tolled until Plaintiff's successor or representative is substituted.

6. To the extent a successor or representative is substituted, the parties will meet and confer at that time to reset any necessary deadlines, including but not limited to, Experian's deadline to respond to the operative complaint and discovery deadlines. The parties agree to meet and confer regarding discovery within 14 days after a motion for substitution is granted, and that Experian's response to the operative complaint shall be filed no later than 21 days after a second amended complaint is filed or the time to do so expires.

**IT IS SO STIPULATED.**

DATED this 26th day of March 2020.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster (NBN 9982)<br>Andrew J. Sharples (NBN 12866)<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Miles N. Clark*<br>Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>Shaina R. Plaksin (NBN 13935)<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger (NBN 9086)<br>HAINES & KRIEGER<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff Valeriya Slyzko* |

**IT IS SO ORDERED.**

Dated this 27th day of March 2020.

UNITED STATES MAGISTRATE JUDGE